**Electronically Filed
Supreme Court
SCWC-24-0000078
25-MAR-2026
01:25 PM
Dkt. 23 ODSAC**

SCWC-24-0000078

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PACIFIC HAWAII FOOD SERVICE LLC,
Respondent/Plaintiff-Appellee,

vs.

JIN QUAN YANG,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000078; CASE NO. 2CCV-22-0000181)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Remigio, assigned by reason of vacancy)

It appearing that the judgment on appeal in the above-referenced matter has not been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawaiʻi Revised Statutes § 602-59(a) (2017); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2016),

IT IS HEREBY ORDERED that Petitioner/Defendant-Appellant Jin Quan Yang's application for writ of certiorari, filed March 23, 2026, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule Rule 40.1(a) (2023)

(requiring in pertinent part that the application for writ of certiorari "be filed within 30 days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order").

Counsel is reminded that strict compliance with the procedural requirements governing certiorari review is not optional, and the court expects familiarity with these rules as a basic condition of practice before this court.

DATED: Honolulu, Hawaiʻi, March 25, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Catherine H. Remigio

2